**No. 47923.**—Protest 73974–K of Caradine Hat Co. (St. Louis).

Opinion by TILSON, J.   In accordance with stipulation of counsel that the hats in question consist of 8-bu. paper hats the same in all material respects as those the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664), those which were imported subsequent to the Netherlands Trade Agreement (T. D. 48075) were held dutiable at 12½ percent under paragraph 1504 (b) (5) and those imported prior to said trade agreement were held dutiable at 25 percent under paragraph 1504 (b) (5).   Protest sustained to this extent.

**No. 47924.**—Protest 634723–G of M. Stern (New York).

Opinion by TILSON, J.   In accordance with agreement of counsel that the hats in question are similar to those the subject of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the protest was sustained.

**No. 47925.**—Protest 90614–K of Rodier, Inc. (New York).

Opinion by TILSON, J.   It was stipulated that the woven silk mufflers in question were imported prior to the effective date of the trade agreement with the United Kingdom and are similar in all material respects to those the subject of Abstract 45938.   The claim at 60 percent under paragraph 1209 was therefore sustained.

**No. 47926.**—Protest 94106–K of Alpha Lux Co., Inc. (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise in question is in all material respects the same as that the subject of Abstract 47453.   The protest was therefore sustained.

**No. 47927.**—Protest 943046–G of New York Mdse. Co., Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel that the brass base shells are similar to those the subject of *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607) they were held dutiable at 35 percent under paragraph 353 as parts of articles having as an essential feature an electrical element or device, such as signs.   It was further stipulated that the tape measures in question are the same as those the subject of Abstract 43372 and the atomizers are the same in all material respects as those the subject of *Rice Co.* v. *United States* (T. D. 49373).   The tape measures and atomizers were therefore held dutiable as household utensils at 40 percent under paragraph 339 as claimed.